# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# ORLANDO FLORIDA

| | |
|---|---|
| CHERYL OWENS,<br>　　Plaintiff,<br>v.<br><br>COMENITY BANK,<br>　　Defendant. | CASE NO.: 6:18-cv-00070-ACC-KRS<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff CHERYL OWENS and Defendant COMENITY BANK, have reached a settlement.  The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice, within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

Dated: October 5, 2018

s/ David J. Kaminski
David J. Kaminski
Pro Hac Vice
CA SBN 128509
CARLSON & MESSER LLP
5901 W. Century Blvd, Suite 1200
Los Angeles, California 90045
Tel: 310-242-2200
Fax: 310-242-2222
kaminskid@cmtlaw.com
Attorney for Defendant,
COMENITY BANK

{00102189;1}　　　　　　　　　　1

# CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 5th day of October, 2018, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:

Email: TGomez@ForThePeople.com

/s/David J. Kaminski<br>
David J. Kaminski<br>
CARLSON & MESSER LLP