**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO FLORIDA**

CHERYL OWENS,

    Plaintiff,                            CASE NO.: 6:18-CV-00070-ACC-KRS

-vs-

COMENITY BANK,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Cheryl Owens, and the Defendant, Comenity Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of November, 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ David J. Kaminski* |
| Octavio Gomez, Esquire | David J. Kaminski, Esq. (pro hac vice) |
| Florida Bar No.: 0338620 | CA SBN 128509 |
| Morgan & Morgan, Tampa, P.A. | CARLSON & MESSER LLP |
| One Tampa City Center | 5901 West Century Boulevard, Suite 1200 |
| Tampa, Florida 33602 | Los Angeles, California 90045 |
| Tele: (813) 223-5505 | Tel: 310-242-2200 |
| Fax: (813) 223-5402 | Fax: 310-242-2222 |
| Primary Email: | kaminskid@cmtlaw.com |
| TGomez@ForThePeople.com | *Attorney for Defendant* |
| Secondary Email: | |
| LDobbins@ForThePeople.com | |
| *Attorney for Plaintiff* | |